plished in the manner prescribed in Bureau of Customs Circular Letter No. 2675, dated October 19, 1949. In view of this stipulation and following the cited decision it was held that the currency of the invoice should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, *supra*.

No. 56794.—The Fan Company and Nanking Co. *v.* United States, protests 176747–K and 174837–K (C) (New York).

Opinion by EKWALL, J. At the trial it was stipulated that the circumstances relating to the liquidation of the entries are similar in all material respects to those in Abstract 54732. The collector's letter of transmittal, which was received in evidence, conceded that the conversion of the currency should have been accomplished in the manner prescribed in Bureau of Customs Circular Letter No. 2675, dated October 19, 1949. In view of this stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, *supra*.

No. 56795.—Cuneo Brothers, Inc. *v.* United States, protest 179609–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of the correctness attaching to the collector's action, the protest was overruled.

No. 56796.—Wessel, Ouval & Co., Inc. *v.* United States, protest 171203–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

JULY 14, 1952

No. 56797.—SUIT 4698.—United States *v.* Balfour, Guthrie & Co., Ltd.— 55709 reversed March 18, 1952. C. A. D. 487.

BEFORE THE FIRST DIVISION, JULY 23, 1952

No. 56798.—Fujimoto Trading Company et al. *v.* United States, protests 71441–K, etc. (Honolulu).